The Honorable Judge Ricardo S. Martinez

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| PETER J. MEYER AND SHAREE L. MEYER, husband and wife;<br><br>　　　　　　　　　　　Appellee,<br><br>　　v.<br><br>U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES, 2006-GE1, a federally chartered national bank; AMERICA'S SERVICING COMPANY, a Division of WELLS FARGO NA d/b/a WELLS FARGO HOME MORTGAGE, a National Bank; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware corporation; and DOE DEFENDANTS 1-10,<br><br>　　　　　　　　　　　Defendants,<br>　　and<br><br>NORTHWEST TRUSTEE SERVICES, INC.,<br><br>　　　　　　　　　　　Appellant. | Case No: 14-00297-RSM<br><br>USBC, WAWB 14-S002<br><br>BK No. 12-01630-KAO<br><br>**DECLARATION OF SERVICE** |

The undersigned makes the following declaration:

1.　　I am now, and at all times herein mentioned was a resident of the State of Washington, over the age of eighteen years and not a party to this action, and I am competent to be a witness

---

DECLARATION OF SERVICE – PAGE 1 OF 2
CASE NO. 2:14-cv-00297-RSM

RCO LEGAL, P.S.

13555 SE 36th St., Ste. 300
Bellevue, WA 98006
Phone: 425.458.2121
Fax:　　425.458.2131

1. herein.

2. That on July 11, 2014, I caused a copy of the **Opening Brief of Appellant Northwest Trustee Services, Inc.; Appendix to Appellant's Opening Brief;** and **Addendum of References in Appellant's Opening Brief** to be served to the following in the manner noted below:

| | |
|---|---|
| Richard Llewelyn Jones<br>Kovac & Jones, PLLC<br>2050 112th Ave. NE<br>Bellevue, WA  98004<br><br>Attorneys for Plaintiffs/Appellees Peter and Sharee Meyer | [X]  US Mail, Postage Prepaid<br>[  ]  Hand Delivery<br>[  ]  Overnight Mail<br>[  ]  Facsimile<br>[X]  CM/ECF |
| Heidi C. Anderson<br>Ronald E. Beard<br>Lane Powell, PC<br>1420 Fifth Ave., Suite 4100<br>Seattle, WA  98101-2338<br><br>Attorneys for Defendants U.S. Bank, NA, as trustee for Secured Asset Securities Corporation Mortgage Pass-Through Certificates, 2006-GEL2, America's Servicing Company, a division of Wells Fargo NA. d/b/a Wells Fargo Home Mortgage, and Mortgage Electronic Registration Systems, Inc. | [X]  US Mail, Postage Prepaid<br>[  ]  Hand Delivery<br>[  ]  Overnight Mail<br>[  ]  Facsimile<br>[X]  CM/ECF |

I declare under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

Signed this 11th day of July, 2014.

    /s/  Kristine Stephan
    Kristine Stephan, Paralegal

DECLARATION OF SERVICE – PAGE 2 OF 2
CASE NO. 2:14-cv-00297-RSM

RCO LEGAL, P.S.
13555 SE 36th St., Ste. 300
Bellevue, WA 98006
Phone: 425.458.2121
Fax:     425.458.2131